IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 15-11089TPA |
| | : | |
| JEFFREY MARTIN FELDMILLER and | : | |
| SANDRA LEE FELDMILLER, his wife | : | HON. THOMAS P. AGRESTI |
| Debtors | : | |
| | : | |
| DITECH FINANCIAL, LLC., | : | CHAPTER 13 |
| Movant | : | |
| | : | RELATED TO CLAIM NO. 4-1 |
| v. | : | |
| | : | |
| JEFFREY MARTIN FELDMILLER and | : | |
| SANDRA LEE FELDMILLER, his wife; and | : | |
| RONDA J. WINNECOUR, ESQUIRE, | : | |
| CHAPTER 13, | : | |
| Respondents | : | |

## DECLARATION

I hereby certify as counsel for the Debtors that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

    Respectfully submitted,

    QUINN, BUSECK, LEEMHUIS, TOOHEY
    & KROTO, INC.

    By    */s/Michael S. JanJanin*
          Michael S. Jan Janin, Esq.
          Pa. I.D. No. 38880
          2222 West Grandview Boulevard
          Erie, PA 16506-4508
          Phone: (814) 833-2222, Ext. 1045
          Phone: (814) 314-1051 (Direct)
          Fax: (814) 833-6753
          Email: mjanjanin@quinnfirm.com

#1003744          Attorneys for Debtors, Jeffrey Martin Feldmiller and
          Sandra Lee Feldmiller, his wife

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 15-11089TPA |
| | : | |
| JEFFREY MARTIN FELDMILLER and | : | |
| SANDRA LEE FELDMILLER, his wife | : | HON. THOMAS P. AGRESTI |
| Debtors | : | |
| | : | |
| DITECH FINANCIAL, LLC., | : | CHAPTER 13 |
| Movant | : | |
| | : | RELATED TO CLAIM NO. 4-1 |
| v. | : | |
| | : | |
| JEFFREY MARTIN FELDMILLER and | : | |
| SANDRA LEE FELDMILLER, his wife; and | : | |
| RONDA J. WINNECOUR, ESQUIRE, | : | |
| CHAPTER 13, | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE OF DECLARATION**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 16, 2016.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:     Electronic Notification                                                              .

Ronda Winnecour, Esquire, Chapter 13 Trustee
**Via the CM/ECF system - cmecf@chapter13trusteewdpa.com**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: November 16, 2016

By:    */s/Michael S. JanJanin*
       Signature

       Michael S. Jan Janin, Esq.
       Typed Name

       2222 W. Grandview Blvd., Erie, PA 16506-4508
       Address

       (814) 833-2222 ext. 1045
       Phone No.

       PA ID #38880
       List Bar I.D. and State of Admission