**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Jeffrey Martin Feldmiller** : | Case No. 15−11089−TPA |
| **Sandra Lee Feldmiller** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| Ditech Financial LLC fka Green Tree : | |
| Servicing LLC : | Related to Claim No. 4 |
| *Movant,* : | |
| : | |
| v. : | |
| Jeffrey Martin Feldmiller : | |
| Sandra Lee Feldmiller : | |
| Ronda J. Winnecour, Esq., Trustee : | |
| *Respondent.* : | |

## ORDER

    **AND NOW**, this **14th day of November, 2016,** upon consideration of the *NOTICE OF MORTGAGE PAYMENT CHANGE* filed by *Ditech Financial LLC* at Claim No. 4 in the above−captioned bankruptcy case,

    It is hereby **ORDERED** that *on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change* was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an *AMENDED CHAPTER 13 PLAN;*

(2) a *DECLARATION* that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an *OBJECTION* to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

    *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jeffrey Martin Feldmiller
Sandra Lee Feldmiller
    Debtors

Case No. 15-11089-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1        User: lkat        Page 1 of 1        Date Rcvd: Nov 14, 2016
                          Form ID: 237        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2016.
db/jdb        +Jeffrey Martin Feldmiller,   Sandra Lee Feldmiller,   11755 Carter Road,   Albion, PA 16401-9525
cr         +Ditech Financial LLC,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2016 at the address(es) listed below:
        James A. Prostko   on behalf of Creditor   Ditech Financial LLC et. al. pawb@fedphe.com, james.prostko@phelanhallinan.com
        James A. Prostko   on behalf of Creditor   Ditech Financial LLC pawb@fedphe.com, james.prostko@phelanhallinan.com
        Jeffrey S. Dunn   jefdun@gmail.com
        Joseph A. Dessoye   on behalf of Creditor   Ditech Financial LLC et. al. pawb@fedphe.com
        Joshua I. Goldman   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
        Michael S. Jan Janin   on behalf of Joint Debtor Sandra Lee Feldmiller mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com
        Michael S. Jan Janin   on behalf of Debtor Jeffrey Martin Feldmiller mjanjanin@quinnfirm.com, knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                              TOTAL: 9