2100 B (12/15)

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA
### Case No. 15-11089-TPA
### Chapter 13

In re: Debtor(s) (including Name and Address)

Jeffrey Martin Feldmiller
11755 Carter Road
Albion PA 16401

Sandra Lee Feldmiller
11755 Carter Road
Albion PA 16401

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/13/2017.

Name and Address of Alleged Transferor(s):

Claim No. 2: PHEAA, PO BOX 8147, HARRISBURG PA  17105

Name and Address of Transferee:

ECMC
PO Box 16408
St. Paul, MN 55116-0408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/19/17

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jeffrey Martin Feldmiller
Sandra Lee Feldmiller
      Debtors

Case No. 15-11089-TPA
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: lkat | Page 1 of 1 | Date Rcvd: Jan 17, 2017 |
|---|---|---|---|
| | Form ID: trc | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2017.
14149275        +PHEAA,    PO BOX 8147,   HARRISBURG PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2017 at the address(es) listed below:
     James  Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
     James A. Prostko    on behalf of Creditor    Ditech Financial LLC et. al. pawb@fedphe.com,
      james.prostko@phelanhallinan.com
     James A. Prostko    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com,
      james.prostko@phelanhallinan.com
     Jeffrey S. Dunn    jefdun@gmail.com
     Joseph A. Dessoye    on behalf of Creditor    Ditech Financial LLC et. al. pawb@fedphe.com
     Joshua I. Goldman    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
     Michael S. Jan Janin    on behalf of Joint Debtor Sandra Lee Feldmiller mjanjanin@quinnfirm.com,
      knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com
     Michael S. Jan Janin    on behalf of Debtor Jeffrey Martin Feldmiller mjanjanin@quinnfirm.com,
      knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                      TOTAL: 10