**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-11089-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Jeffrey Martin Feldmiller<br>11755 Carter Road<br>Albion PA 16401 | Sandra Lee Feldmiller<br>11755 Carter Road<br>Albion PA 16401 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/10/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: DITECH FINANCIAL LLC, P.O. BOX 6154, RAPID CITY, SD 57709-6154 | New Residential Mortgage LLC<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  01/16/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jeffrey Martin Feldmiller
Sandra Lee Feldmiller
    Debtors

Case No. 15-11089-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: dpas     Page 1 of 1     Date Rcvd: Jan 14, 2020
                        Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14192521      E-mail/Text: bankruptcy.bnc@ditech.com Jan 15 2020 03:07:24     DITECH FINANCIAL LLC,
         P.O. BOX 6154,    RAPID CITY, SD 57709-6154
                                                                                                                                                                                                                                                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2020 at the address(es) listed below:

         James Warmbrodt     on behalf of Creditor     Ditech Financial LLC bkgroup@kmllawgroup.com
         James A. Prostko     on behalf of Creditor     Ditech Financial LLC et. al. pawb@fedphe.com
         James A. Prostko     on behalf of Creditor     Ditech Financial LLC pawb@fedphe.com
         Jeffrey S. Dunn     jefdun@gmail.com
         Joseph A. Dessoye     on behalf of Creditor     Ditech Financial LLC et. al. pawb@fedphe.com
         Joshua I. Goldman     on behalf of Creditor     Ditech Financial LLC bkgroup@kmllawgroup.com
         Michael S. Jan Janin     on behalf of Joint Debtor Sandra Lee Feldmiller mjanjanin@quinnfirm.com,
          knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com
         Michael S. Jan Janin     on behalf of Debtor Jeffrey Martin Feldmiller mjanjanin@quinnfirm.com,
          knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                                                                                                                                                                                                                           TOTAL: 10