```
                    UNITED STATES BANKRUPTCY COURT
                    WESTERN DISTRICT OF PENNSYLVANIA
```

FILED
8/18/20 7:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: <br>   JEFFREY MARTIN FELDMILLER <br> SANDRA LEE FELDMILLER <br>         Debtor(s) <br>   Ronda J. Winnecour, Trustee <br>       Movant <br>         vs. <br>   JEFFREY MARTIN FELDMILLER <br> SANDRA LEE FELDMILLER <br><br>       Respondents | Case No.15-11089TPA <br><br> Chapter 13 <br><br> Document No. 68 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___18th___ day of __August__, 2020, it is hereby ORDERED, ADJUDGED, and DECREED that,

Acutec<br>
Attn: Payroll Manager<br>
16891 State Highway 198<br>
Saegertown, PA 16433

is hereby ordered to immediately terminate the attachment of the wages of JEFFREY MARTIN FELDMILLER, social security number XXX-XX-1615. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JEFFREY MARTIN FELDMILLER.

BY THE COURT

_/s/ [signature]_ vas

UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                   Case No. 15-11089-TPA
Jeffrey Martin Feldmiller                                                                Chapter 13
Sandra Lee Feldmiller
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: dpas              Page 1 of 1            Date Rcvd: Aug 18, 2020
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2020.
db/jdb          +Jeffrey Martin Feldmiller,    Sandra Lee Feldmiller,    11755 Carter Road,
                 Albion, PA 16401-9525

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Ditech Financial LLC et. al. pawb@fedphe.com
              James A. Prostko    on behalf of Creditor    Ditech Financial LLC pawb@fedphe.com
              Jeffrey S. Dunn     jefdun@gmail.com
              Joseph A. Dessoye    on behalf of Creditor    Ditech Financial LLC et. al. pawb@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    Ditech Financial LLC jgoldman@kmllawgroup.com,
               kevin.shatley@padgettlawgroup.com
              Michael S. Jan Janin    on behalf of Joint Debtor Sandra Lee Feldmiller mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               trayer@quinnfirm.com;gbebko@quinnfirm.com
              Michael S. Jan Janin    on behalf of Debtor Jeffrey Martin Feldmiller mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               trayer@quinnfirm.com;gbebko@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 10