Form 300a

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jeffrey Martin Feldmiller**<br>**Sandra Lee Feldmiller**<br>*Debtor(s)* | : <br> : <br> : <br> : | Case No. 15−11089−TPA<br>Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,**<br>*Movant(s),* | : <br> : <br> : <br> : | Related to Document No. 75 |
| v.<br>**No Respondents**<br>*Respondent(s).* | : <br> : <br> : <br> : <br> : | Hearing Date: 1/6/21 at 12:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this ***The 27th of October, 2020***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** having been filed at Doc. No. 75 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1)  **On or before December 11, 2020**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on ***January 6, 2021 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(4)  If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-11089-TPA |
| Jeffrey Martin Feldmiller | Chapter 13 |
| Sandra Lee Feldmiller | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: lmar | Page 1 of 3 |
| Date Rcvd: Oct 27, 2020 | Form ID: 300a | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++      Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey Martin Feldmiller, Sandra Lee Feldmiller, 11755 Carter Road, Albion, PA 16401-9525 |
| cr | + | Ditech Financial LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | + | New Residential Mortgage LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14135194 | + | AES, 1200 N. Seventh Street, Harrisburg, PA 17102-1419 |
| 14135193 | + | AES, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14135192 | | Acutec, 16981 State Highway 198, Saegertown, PA 16433 |
| 14135195 | #+ | Bank of America, 1800 Tappo Canyon Road, Simi Valley, CA 93063-6712 |
| 14192521 | | DITECH FINANCIAL LLC, P.O. BOX 6154, RAPID CITY, SD 57709-6154 |
| 14135196 | | Discover Bank, 3313 Mill Meadow Drive, Hilliard, OH 43026 |
| 14348973 | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14135198 | + | Green Tree Servicing LLC, P.O. Box 15008, Tempe, AZ 85284-0108 |
| 14120731 | + | Green Tree Servicing, LLC, c/of ditech Customer Service, P.O. Box 6172, Rapid City, SD 57709-6172 |
| 14135200 | | GreenTree Servicing LLC, 345 St. Peter Street, 1100 Landmark Towers, St. Paul, MN 55102 |
| 14120732 | + | GreenTree Servicing LLC, c/of Ditech Financial LLC, P.O. Box 6176, Rapid City, SD 57709-6176 |
| 14120734 | + | GreenTree Servicing LLC, c/of Ditech Financial LLC, 1501 N. Plano Road, Suite 100, Richardson, TX 75081-2493 |
| 14120733 | + | GreenTree Servicing LLC, c/of ditech Payment Processing, P.O. Box 660934, Dallas, TX 75266-0934 |
| 14135201 | ++++ | INTEGRA MORTGAGE COMPANY, 100 S COMMONS STE 116, PITTSBURGH PA 15212-5359 address filed with court:, Integra Mortgage Company, 116 Allegheny Center Mall, Pittsburgh, PA 15212 |
| 14120736 | + | KML Law Group PC, Suite 5000, BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14135202 | + | Mortgage One Service Corp., 3520 West 26th Street, Suite 1, Erie, PA 16506-2050 |
| 14135203 | + | Nations Bank Mortgage Corp., 1201 Main Street, Dallas, TX 75202-5947 |
| 15182444 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14149275 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14197668 | | U.S. Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14135204 | + | William T. Molczan, Esquire, Weltman, Weinberg & Reis Co., 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14126533 | | Email/Text: bankruptcy@cavps.com | Oct 28 2020 02:27:00 | Cavalry Investments, LLC, P.O. Box 27288, Tempe, AZ 85282 |
| 14126534 | + | Email/Text: bankruptcy@cavps.com | Oct 28 2020 02:27:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14120735 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:12:18 | GreenTree Servicing LLC, c/of Ditech Financial LLC, 7360 South Kyrene Road T316, Tempe, AZ |

Case 15-11089-TPA   Doc 80   Filed 10/29/20   Entered 10/30/20 09:33:36   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-1 | User: lmar | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2020 | Form ID: 300a | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| | | | | 85283-4638 |
| 14135199 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:12:18 | GreenTree Servicing LLC, 7360 South Kyrene Road, Tempe, AZ 85283-4583 |
| 14135197 | | Email/Text: BKMail@tiaabank.com | Oct 28 2020 02:24:00 | EverBank, 301 West Bay Street, Jacksonville, FL 32202 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | Ditech Financial LLC et. al. |
| crcm | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14157624 | ##+ | Porania LLC, P. O. Box 11405, Memphis TN 38111-0405 |
| jdb | *+ | Sandra Lee Feldmiller, 11755 Carter Road, Albion, PA 16401-9525 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2020 at the address(es) listed below:**

**Name**          **Email Address**

Brian Nicholas
              on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
              on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@rascrane.com

James A. Prostko
              on behalf of Creditor Ditech Financial LLC et. al. pawb@fedphe.com

James A. Prostko
              on behalf of Creditor Ditech Financial LLC pawb@fedphe.com

Jeffrey S. Dunn
              jefdun@gmail.com

Joseph A. Dessoye
              on behalf of Creditor Ditech Financial LLC et. al. pawb@fedphe.com

Joshua I. Goldman
              on behalf of Creditor Ditech Financial LLC jgoldman@kmllawgroup.com  kevin.shatley@padgettlawgroup.com

Michael S. Jan Janin
              on behalf of Debtor Jeffrey Martin Feldmiller mjanjanin@quinnfirm.com
              knottingham@quinnfirm.com;mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com

| | | |
|---|---|---|
| District/off: 0315-1 | User: lmar | Page 3 of 3 |
| Date Rcvd: Oct 27, 2020 | Form ID: 300a | Total Noticed: 30 |

Michael S. Jan Janin
    on behalf of Joint Debtor Sandra Lee Feldmiller mjanjanin@quinnfirm.com knottingham@quinnfirm.com;mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 11