**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JEFFREY MARTIN FELDMILLER<br>SANDRA LEE FELDMILLER<br>     Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>     Movant<br>     vs.<br>No Respondents. | Case No.:15-11089 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 26, 2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/12/2015 and confirmed on 12/15/15. The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 69,795.03 |
| Less Refunds to Debtor | 1,690.85 | |
| TOTAL AMOUNT OF PLAN FUND | | 68,104.18 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,965.00 | |
| Trustee Fee | 3,232.46 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,197.46 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NEW RESIDENTIAL MORTGAGE LLC | 0.00 | 38,763.46 | 0.00 | 38,763.46 |
| Acct: 6093 | | | | |
| NEW RESIDENTIAL MORTGAGE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6093 | | | | |
| NEW RESIDENTIAL MORTGAGE LLC | 13,000.00 | 13,000.00 | 0.00 | 13,000.00 |
| Acct: 6093 | | | | |
| | | | | 51,763.46 |
| **Priority** | | | | |
| MICHAEL S JAN JANIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY MARTIN FELDMILLER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY MARTIN FELDMILLER | 1,690.85 | 1,690.85 | 0.00 | 0.00 |
| Acct: | | | | |
| QUINN BUSECK LEEMHUIS ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL S JAN JANIN ESQ | 2,965.00 | 2,965.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ***NONE*** | | | | |
| **Unsecured** | | | | |
| ACUTEC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| ECMC(*) | 5,789.65 | 2,733.17 | 0.00 | 2,733.17 |
| Acct: 7259 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| CAVALRY INVESTMENTS LLC - ASSIGNEE | 633.55 | 299.09 | 0.00 | 299.09 |
| Acct: 4871 | | | | |
| PORANIA LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0152 | | | | |
| US DEPARTMENT OF EDUCATION | 15,063.17 | 7,111.00 | 0.00 | 7,111.00 |
| Acct: 7259 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: ? | | | | |
| | EVERBANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | INTEGRA MORTGAGE COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | MORTGAGE ONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | NATIONS BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: ? | | | | |
| | | | | | 10,143.26 |

TOTAL PAID TO CREDITORS                                                          61,906.72

TOTAL CLAIMED
PRIORITY            0.00
SECURED        13,000.00
UNSECURED      21,486.37

Date: 10/26/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JEFFREY MARTIN FELDMILLER
    SANDRA LEE FELDMILLER
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-11089 TPA

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-11089-TPA |
| Jeffrey Martin Feldmiller | Chapter 13 |
| Sandra Lee Feldmiller | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: lmar | Page 1 of 3 |
| Date Rcvd: Oct 27, 2020 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey Martin Feldmiller, Sandra Lee Feldmiller, 11755 Carter Road, Albion, PA 16401-9525 |
| cr | + | Ditech Financial LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | + | New Residential Mortgage LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14135194 | + | AES, 1200 N. Seventh Street, Harrisburg, PA 17102-1419 |
| 14135193 | + | AES, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14135192 | | Acutec, 16981 State Highway 198, Saegertown, PA 16433 |
| 14135195 | #+ | Bank of America, 1800 Tappo Canyon Road, Simi Valley, CA 93063-6712 |
| 14192521 | | DITECH FINANCIAL LLC, P.O. BOX 6154, RAPID CITY, SD 57709-6154 |
| 14135196 | | Discover Bank, 3313 Mill Meadow Drive, Hilliard, OH 43026 |
| 14348973 | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14135198 | + | Green Tree Servicing LLC, P.O. Box 15008, Tempe, AZ 85284-0108 |
| 14120731 | + | Green Tree Servicing, LLC, c/of ditech Customer Service, P.O. Box 6172, Rapid City, SD 57709-6172 |
| 14135200 | | GreenTree Servicing LLC, 345 St. Peter Street, 1100 Landmark Towers, St. Paul, MN 55102 |
| 14120732 | + | GreenTree Servicing LLC, c/of Ditech Financial LLC, P.O. Box 6176, Rapid City, SD 57709-6176 |
| 14120734 | + | GreenTree Servicing LLC, c/of Ditech Financial LLC, 1501 N. Plano Road, Suite 100, Richardson, TX 75081-2493 |
| 14120733 | + | GreenTree Servicing LLC, c/of ditech Payment Processing, P.O. Box 660934, Dallas, TX 75266-0934 |
| 14135201 | ++++ | INTEGRA MORTGAGE COMPANY, 100 S COMMONS STE 116, PITTSBURGH PA 15212-5359 address filed with court:, Integra Mortgage Company, 116 Allegheny Center Mall, Pittsburgh, PA 15212 |
| 14120736 | + | KML Law Group PC, Suite 5000, BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14135202 | + | Mortgage One Service Corp., 3520 West 26th Street, Suite 1, Erie, PA 16506-2050 |
| 14135203 | + | Nations Bank Mortgage Corp., 1201 Main Street, Dallas, TX 75202-5947 |
| 15182444 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14149275 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14197668 | | U.S. Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14135204 | + | William T. Molczan, Esquire, Weltman, Weinberg & Reis Co., 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14126533 | | Email/Text: bankruptcy@cavps.com | Oct 28 2020 02:27:00 | Cavalry Investments, LLC, P.O. Box 27288, Tempe, AZ 85282 |
| 14126534 | + | Email/Text: bankruptcy@cavps.com | Oct 28 2020 02:27:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14120735 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:14:03 | GreenTree Servicing LLC, c/of Ditech Financial LLC, 7360 South Kyrene Road T316, Tempe, AZ |

Case 15-11089-TPA    Doc 81    Filed 10/29/20    Entered 10/30/20 09:33:36    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-1 | User: lmar | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2020 | Form ID: pdf900 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| | | | | 85283-4638 |
| 14135199 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:15:49 | GreenTree Servicing LLC, 7360 South Kyrene Road, Tempe, AZ 85283-4583 |
| 14135197 | | Email/Text: BKMail@tiaabank.com | Oct 28 2020 02:24:00 | EverBank, 301 West Bay Street, Jacksonville, FL 32202 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | Ditech Financial LLC et. al. |
| crcm | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14157624 | ##+ | Porania LLC, P. O. Box 11405, Memphis TN 38111-0405 |
| jdb | *+ | Sandra Lee Feldmiller, 11755 Carter Road, Albion, PA 16401-9525 |

TOTAL: 2 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@rascrane.com |
| James A. Prostko | on behalf of Creditor Ditech Financial LLC et. al. pawb@fedphe.com |
| James A. Prostko | on behalf of Creditor Ditech Financial LLC pawb@fedphe.com |
| Jeffrey S. Dunn | jefdun@gmail.com |
| Joseph A. Dessoye | on behalf of Creditor Ditech Financial LLC et. al. pawb@fedphe.com |
| Joshua I. Goldman | on behalf of Creditor Ditech Financial LLC jgoldman@kmllawgroup.com    kevin.shatley@padgettlawgroup.com |
| Michael S. Jan Janin | on behalf of Debtor Jeffrey Martin Feldmiller mjanjanin@quinnfirm.com knottingham@quinnfirm.com;mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com |

| District/off: 0315-1 | User: lmar | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2020 | Form ID: pdf900 | Total Noticed: 30 |

Michael S. Jan Janin
    on behalf of Joint Debtor Sandra Lee Feldmiller mjanjanin@quinnfirm.com knottingham@quinnfirm.com;mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 11