UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO.  15-11089tpa |
| JEFFREY MARTIN FELDMILLER AND | : |
| SANDRA LEE FELDMILLER, HIS WIFE, | : THE HONORABLE THOMAS P. AGRESTI |
| Debtors. | : |
| | : CHAPTER 13 |
| JEFFREY MARTIN FELDMILLER AND | : |
| SANDRA LEE FELDMILLER, HIS WIFE, | : |
| | : |
| Movants, | : |
| | : |
| v. | : |

NO RESPONDENT.

**CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE**

Attached hereto if Official Form 423, Certification About a Financial Management Course.

Respectfully submitted,

THE QUINN LAW FIRM


BY:   /s/Michael S. JanJanin
      Michael S. Jan Janin, Esquire
      PA Id. No. 38880
      2222 West Grandview Boulevard
      Erie, Pennsylvania 16506-4508
      Telephone: 814-833-2222
      Facsimile: 814-833-6753
      E-Mail Address: mjanjanin@quinnfirm.com
      Counsel for Debtors

#1365906

**Fill in this information to identify your case:**

| Debtor 1 | **JEFFREY** | **MARTIN** | **FELDMILLER** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **SANDRA** | **LEE** | **FELDMILLER** |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number: **15-11089**
(if known)

# Official Form 423
## Certification About a Financial Management Course    12/15

If you are an individual, you must take an approved course about personal financial management if:
- you filed for bankruptcy under chapter 7 or 13, or
- you filed for bankruptcy under chapter 11 and § 1141 (d)(3) does not apply.

**In a joint case, each debtor must take the course.  11 U.S.C. §§ 727(a)(11) and 1328(g).**

After you finish the course, the provider will give you a certificate.  The provider may notify the court that you have completed the course.  If the provider does notify the court, you need not file this form.  I the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

**In some cases, the court can waive the requirement to take the financial management course.  To have the requirement waived, you must file a motion with the court and obtain a court order.**

### Part 1: Tell the Court About the Required Course.

*You must check one:*

☒ **I completed an approved course in personal financial management:**

Date I took the course: **November 2, 2020**

Name of approved provider: **Advantage Credit Counseling Service, Inc.**

Certificate Number: **01721-PAW-DE-035048845**

☐ **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** *(check one)*:

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

☐ **Residence.** I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

### Part 2: Sign Here

I certify that the information I have provided is true and correct.

X **/s/Jeffrey Martin Feldmiller**         **Jeffrey Martin Feldmiller**    Date **11/4/2020**
Signature of debtor named on certificate         Printed name of debtor

#1401098

Certificate Number: 01721-PAW-DE-035048845

Bankruptcy Case Number: 15-11089


01721-PAW-DE-035048845

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 2, 2020, at 7:49 o'clock PM EST, Jeff Feldmiller completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  November 3, 2020            By:    /s/Noelle Irving

                                   Name:  Noelle Irving

                                   Title: Counselor