UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO.  15-11089tpa |
| JEFFREY MARTIN FELDMILLER AND | : |
| SANDRA LEE FELDMILLER, HIS WIFE, | : THE HONORABLE THOMAS P. AGRESTI |
|     Debtors. | : |
| | : CHAPTER 13 |
| JEFFREY MARTIN FELDMILLER AND | : |
| SANDRA LEE FELDMILLER, HIS WIFE, | : |
| | : |
|     Movants, | : |
| | : |
| v. | : |

NO RESPONDENT.

**CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE**

Attached hereto if Official Form 423, Certification About a Financial Management Course.

        Respectfully submitted,

        THE QUINN LAW FIRM

        BY:    /s/Michael S. JanJanin
                    Michael S. Jan Janin, Esquire
                    PA Id. No. 38880
                    2222 West Grandview Boulevard
                    Erie, Pennsylvania 16506-4508
                    Telephone: 814-833-2222
                    Facsimile: 814-833-6753
                    E-Mail Address: mjanjanin@quinnfirm.com
                    Counsel for Debtors

#1365906

**Fill in this information to identify your case:**

| Debtor 1 | *JEFFREY* | *MARTIN* | *FELDMILLER* |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | *SANDRA* | *LEE* | *FELDMILLER* |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known): **15-11089**

# Official Form 423
## Certification About a Financial Management Course                    12/15

**If you are an individual, you must take an approved course about personal financial management if:**
- **you filed for bankruptcy under chapter 7 or 13, or**
- **you filed for bankruptcy under chapter 11 and § 1141 (d)(3) does not apply.**

**In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).**

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. I the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

**In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.**

### Part 1: Tell the Court About the Required Course.

*You must check one:*

☒ **I completed an approved course in personal financial management:**

Date I took the course: **November 2, 2020**

Name of approved provider: **Advantage Credit Counseling Service, Inc.**

Certificate Number: **01721-PAW-DE-035048844**

☐ **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** *(check one):*

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

☐ **Residence.** I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

### Part 2: Sign Here

I certify that the information I have provided is true and correct.

X **/s/Sandra Lee Feldmiller**          **Sandra Lee Feldmiller**     Date **November 4, 2020**
Signature of debtor named on certificate     Printed name of debtor

#1401099

Official Form 423                    **Certification About a Financial Management Course**

Certificate Number: 01721-PAW-DE-035048844

Bankruptcy Case Number: 15-11089



01721-PAW-DE-035048844

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 2, 2020, at 7:49 o'clock PM EST, Sandra Feldmiller completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: November 3, 2020            By:    /s/Noelle Irving

Name: Noelle Irving

Title: Counselor