Case 15-11089-TPA    Doc 85    Filed 11/04/20    Entered 11/05/20 00:40:50    Desc Imaged
Certificate of Notice    Page 1 of 4

FILED
11/2/20 2:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JEFFREY MARTIN FELDMILLER and | : | Case No. 15-11089-TPA |
| SANDRA LEE FELDMILLER, | : | Chapter 13 |
| *Debtors.* | : | |
| RONDA J. WINNECOUR, | : | Related to Doc. No. 74, 77 |
| CHAPTER 13 TRUSTEE, | : | |
| *Movant,* | : | |
| v. | : | |
| NEWREZ, LLC D/B/A | : | Hearing: Dec. 9, 2020 at 10:00 A.M. |
| SHELLPOINT MORTGAGE | : | |
| SERVICING, | : | |
| *Respondent.* | : | |

## **ORDER**

On October 27, 2020, NewRez, LLC d/b/a Shellpoint Mortgage Servicing. filed a ***Response to Notice of Final Cure Payment*** ("Response") (Doc. 77) stating the Debtor has not been current on all postpetition payments. The *Response* will be scheduled for a status conference, however, the Court notes that a response filed without a reasonable basis may result in the issuance of an order to show cause requiring the applicable Parties to appear in Erie, PA, under threat of possible sanctions for said filing. The Court has found that creditors continue to file these responses without proper due diligence, which not only waste's the Court's time but incurs unnecessary expenses and hardship for the Chapter 13 Trustee and Debtor. *Fed.R.Bank.Proc. 9011* requires attorney's pleadings to be based on a reasonable inquiry. Filing these responses as a means to obtain a further audit, among other things, from the Trustee is not a reasonable inquiry.

*AND NOW*, this **2nd** day of ***November, 2020,*** for the reasons stated above, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1

(1)    A ***status conference*** on the ***Response to Notice of Final Cure Payment*** Doc. 77) is scheduled for ***December 9, 2020 at 10:00 A.M.*** to be held by the ***Zoom Video Conference Application.***  The Parties must comply with Judge Agresti's ***Amended Notice of Temporary Modification of Appearance Procedures***, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf

(2)    ***Initializing Zoom Hearing:***    To join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or use the following Meeting ID: 160 2130 3488.  For questions regarding the connection contact Judge Agresti's Staff Attorney Courtney Helbling, at 814-464-9781.

(3)    If the appropriate due diligence required under *11 US.C. § 1322(b)(5)* is not exercised in any response to the Trustee's *Notice of Final Cure,* it will result in an order being issued, requiring the person who filed the response, the Lender's Chief Executive Officer, and the head of the Lender's bankruptcy department to personally appear in Erie, PA and show cause as to why said parties should not be sanctioned, including but not limited to a monetary sanction and/or denial of its claim, for running afoul of *Fed.R.Bankr.Proc. 9011* by failing to properly investigate its claim before filing a response.

_____ asg
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Mukta Suri, Esq.
    Ronda Winnecour, Chapter 13 Trustee
    Michael Jan Janin, Esq.
    Debtor

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 15-11089-TPA

Jeffrey Martin Feldmiller     Chapter 13

Sandra Lee Feldmiller

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: dpas     Page 1 of 2

Date Rcvd: Nov 02, 2020     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jeffrey Martin Feldmiller, Sandra Lee Feldmiller, 11755 Carter Road, Albion, PA 16401-9525 |
| | + Mukta Suri, Esq., Bonial & Associates, P. C., P.O. Box 9013, Addison, TX 75001-9013 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2020     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@rascrane.com |
| James A. Prostko | on behalf of Creditor Ditech Financial LLC et. al. pawb@fedphe.com |
| James A. Prostko | on behalf of Creditor Ditech Financial LLC pawb@fedphe.com |
| Jeffrey S. Dunn | jefdun@gmail.com |

| District/off: 0315-1 | User: dpas | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 02, 2020 | Form ID: pdf900 | Total Noticed: 2 |

Joseph A. Dessoye
    on behalf of Creditor Ditech Financial LLC et. al. pawb@fedphe.com

Joshua I. Goldman
    on behalf of Creditor Ditech Financial LLC jgoldman@kmllawgroup.com   kevin.shatley@padgettlawgroup.com

Michael S. Jan Janin
    on behalf of Joint Debtor Sandra Lee Feldmiller mjanjanin@quinnfirm.com
    mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com

Michael S. Jan Janin
    on behalf of Debtor Jeffrey Martin Feldmiller mjanjanin@quinnfirm.com
    mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 11