IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 15-11089TPA |
| | : | |
| JEFFREY MARTIN FELDMILLER AND | : | THE HON. THOMAS P. AGRESTI |
| SANDRA LEE FELDMILLER, HIS WIFE, | : | |
| Debtors. | : | CHAPTER 13 |
| | : | |
| JEFFREY MARTIN FELDMILLER AND | : | |
| SANDRA LEE FELDMILLER, HIS WIFE, | : | |
| Movants, | : | |
| | : | |
| v. | : | |

NO RESPONDENT.

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors has/have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

    _X_  The Debtors are not required to pay any Domestic Support Obligations.

    ____ The Debtor(s) is/are required to pay Domestic Support Obligations and the Debtors have paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (including amounts due before the petition was filed, but only to the extent provided for in the Plan).

3. The Debtor(s) is/are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor(s) has/have not received a prior discharge in a bankruptcy case within the timeframes specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor(s) ineligible for a discharge.

4. On November 4, 2020, at Docket Nos. 83 and 84, Debtor(s) complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies*):

__X__   Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

_____   Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated:  November 6, 2020        By:  /s/Jeffrey Martin Feldmiller
                                     Debtor, Jeffrey Martin Feldmiller

Dated:  November 6, 2020        By:  /s/Sandra Lee Feldmiller
                                     Joint Debtor, Sandra Lee Feldmiller

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY
& KROTO, INC.

Dated: November 6, 2020    BY:  /s/Michael S. JanJanin
                                Michael S. Jan Janin, Esquire
                                PA Id. No. 38880
                                2222 West Grandview Boulevard
                                Erie, Pennsylvania 16506-4508
                                Telephone: 814-833-2222, Ext. 1045
                                Telephone: 814-314-1051 (Direct)
                                Facsimile: 814-833-6753
                                E-Mail Address: mjanjanin@quinnfirm.com
                                Counsel for Debtors, Jeffrey Martin Feldmiller and
                                Sandra Lee Feldmiller

1401103