FILED
12/10/20 1:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 15-11089-TPA |
| | : | | |
| Jeffrey Martin Feldmiller | : | Chapter: | 13 |
| Sandra Lee Feldmiller | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 12/9/2020 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**         # 74 Notice of Final Cure Mortgage Payment re: Rule 3002.1 and
Claim Number REF 4.
#77 Resp by New Rez LLC

**APPEARANCES:**

Debtor: Michael S. Jan Janin
Trustee: Ronda J. Winnecour
New Rez:  Mukta Suri (no appearance)

**NOTES:**         See Proceeding memo for hearing held this date on Doc. #78
-
-

**OUTCOME:**         Notice stands, response denied

ljm