FILED
12/10/20 1:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 15-11089-TPA |
| | : | | |
| Jeffrey Martin Feldmiller | : | Chapter: | 13 |
| Sandra Lee Feldmiller | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 12/9/2020 |
| | : | Time: | 10:00 |

### PROCEEDING MEMO

**_MATTER_**    # 78 Motion for Determination of Final Cure Under F.R.B.P. 3002.1(h) (Tee)

**_APPEARANCES:_**
  Debtor: Michael S. Jan Janin
  Trustee: Ronda J. Winnecour
  New Rez: Mukta Suri (no appearance)

**_NOTES:_**

Winnecour:    Enter order that mortgage is completely paid.

JanJanin:    I told clients they need to make the post-petition payments.

**_OUTCOME:_**    GRANTED. OTSC on lender and Atty. Suri to be issued by Chambers

*[signature]*
ljm