FILED
12/15/20 10:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Jeffrey Martin Feldmiller | Case No. 15-11089-TPA |
| Sandra Lee Feldmiller | Chapter 13 |
|     Debtor(s) | |
| Ronda J. Winnecour, Trustee | |
| | Related Doc. 74 and 77 |
|     Movant(s) | |
| vs. | |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing | Hearing Date |
|     Respondent(s) | |

**ORDER OF COURT**

AND NOW, this __15th__ day of __December__, 2020, upon consideration of the TRUSTEE'S MOTION FOR DETERMINATION OF FINAL CURE UNDER F.R.B.P. 3002.1(h), and responses thereto, it is

ORDERED, that the Court hereby determines that the Trustee has disbursed all payments in accordance with the Debtor's Chapter 13 Plan through October 2020 as to the mortgage held by NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING (Claim 4), and that the Mortgage is current as of through October, 2020, with the Debtor(s) to resume payments in November 2020, and it is further

ORDERED, that NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING is prohibited from adding any fees or other charges to the debtors' account in connection with the filing of its Response, or for attending any hearing in this matter.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 15-11089-TPA
Jeffrey Martin Feldmiller                                                                 Chapter 13
Sandra Lee Feldmiller
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: dpas      Page 1 of 2
Date Rcvd: Dec 15, 2020      Form ID: pdf900      Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey Martin Feldmiller, Sandra Lee Feldmiller, 11755 Carter Road, Albion, PA 16401-9525 |
| cr |   | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | + | New Residential Mortgage LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 9013, Addison, TX 75001-9013 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 17, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2020 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
    on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@rascrane.com

James A. Prostko
    on behalf of Creditor Ditech Financial LLC et. al. pawb@fedphe.com

James A. Prostko
    on behalf of Creditor Ditech Financial LLC pawb@fedphe.com

| | | |
|---|---|---|
| District/off: 0315-1 | User: dpas | Page 2 of 2 |
| Date Rcvd: Dec 15, 2020 | Form ID: pdf900 | Total Noticed: 4 |

Jeffrey S. Dunn
    jefdun@gmail.com

Joseph A. Dessoye
    on behalf of Creditor Ditech Financial LLC et. al. pawb@fedphe.com

Joshua I. Goldman
    on behalf of Creditor Ditech Financial LLC jgoldman@kmllawgroup.com
    kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Michael S. Jan Janin
    on behalf of Joint Debtor Sandra Lee Feldmiller mjanjanin@quinnfirm.com
    mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com

Michael S. Jan Janin
    on behalf of Debtor Jeffrey Martin Feldmiller mjanjanin@quinnfirm.com
    mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 11