IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY MARTIN FELDMILLER, AND SANDRA LEE FELDMILLER, Debtors, | Bankruptcy No. 15-11089-TPA<br><br>Chapter 13 |

## NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF
## NEW REZ, LLC D/B/A SHELLPOINT MORTGAGE SERVICING

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Creditor New Rez, LLC d/b/a Shellpoint Mortgage Servicing, in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

    Respectfully submitted,
    BERNSTEIN-BURKLEY, P.C.

    BY:/s/*Keri P. Ebeck*
    Keri P. Ebeck (PA ID. No.91298)
    707 Grant Street
    Suite 2200 Gulf Tower
    Pittsburgh, PA  15219-1900
    (412) 456-8112 -- telephone
    (412) 456-8135
    e-mail:  kebeck@bernsteinlaw.com

    *Attorney for New Rez, LLC d/b/a Shellpoint Mortgage Servicing*

Dated: December 23, 2020