**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/23/20 1:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    JEFFREY MARTIN FELDMILLER
    SANDRA LEE FELDMILLER
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-11089 TPA

Chapter 13

Document No.:    75

## ORDER OF COURT

AND NOW, this ___23rd___ day of ___December___, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    ljm

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-11089-TPA |
| Jeffrey Martin Feldmiller | Chapter 13 |
| Sandra Lee Feldmiller | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: dpas | Page 1 of 3 |
| Date Rcvd: Dec 23, 2020 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey Martin Feldmiller, Sandra Lee Feldmiller, 11755 Carter Road, Albion, PA 16401-9525 |
| cr | + | Ditech Financial LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | + | New Residential Mortgage LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 9013, Addison, TX 75001-9013 |
| 14135194 | + | AES, 1200 N. Seventh Street, Harrisburg, PA 17102-1419 |
| 14135193 | + | AES, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 14135192 | | Acutec, 16981 State Highway 198, Saegertown, PA 16433 |
| 14135195 | #+ | Bank of America, 1800 Tappo Canyon Road, Simi Valley, CA 93063-6712 |
| 14192521 | | DITECH FINANCIAL LLC, P.O. BOX 6154, RAPID CITY, SD 57709-6154 |
| 14135196 | | Discover Bank, 3313 Mill Meadow Drive, Hilliard, OH 43026 |
| 14348973 | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14135198 | + | Green Tree Servicing LLC, P.O. Box 15008, Tempe, AZ 85284-0108 |
| 14120731 | + | Green Tree Servicing, LLC, c/of ditech Customer Service, P.O. Box 6172, Rapid City, SD 57709-6172 |
| 14135200 | | GreenTree Servicing LLC, 345 St. Peter Street, 1100 Landmark Towers, St. Paul, MN 55102 |
| 14120732 | + | GreenTree Servicing LLC, c/of Ditech Financial LLC, P.O. Box 6176, Rapid City, SD 57709-6176 |
| 14120734 | + | GreenTree Servicing LLC, c/of Ditech Financial LLC, 1501 N. Plano Road, Suite 100, Richardson, TX 75081-2493 |
| 14120733 | + | GreenTree Servicing LLC, c/of ditech Payment Processing, P.O. Box 660934, Dallas, TX 75266-0934 |
| 14135201 | ++++ | INTEGRA MORTGAGE COMPANY, 100 S COMMONS STE 116, PITTSBURGH PA 15212-5359 address filed with court:, Integra Mortgage Company, 116 Allegheny Center Mall, Pittsburgh, PA 15212 |
| 14120736 | + | KML Law Group PC, Suite 5000, BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14135202 | + | Mortgage One Service Corp., 3520 West 26th Street, Suite 1, Erie, PA 16506-2050 |
| 14135203 | + | Nations Bank Mortgage Corp., 1201 Main Street, Dallas, TX 75202-5947 |
| 15182444 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14149275 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14197668 | | U.S. Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |
| 14135204 | + | William T. Molczan, Esquire, Weltman, Weinberg & Reis Co., 436 7th Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14126533 | | Email/Text: bankruptcy@cavps.com | Dec 24 2020 03:49:00 | Cavalry Investments, LLC, P.O. Box 27288, Tempe, AZ 85282 |
| 14126534 | + | Email/Text: bankruptcy@cavps.com | Dec 24 2020 03:49:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14120735 | + | Email/PDF: gecsedi@recoverycorp.com | | |

Case 15-11089-TPA   Doc 97   Filed 12/25/20   Entered 12/26/20 00:50:22   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-1 | User: dpas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 23, 2020 | Form ID: pdf900 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 24 2020 03:11:19 | GreenTree Servicing LLC, c/of Ditech Financial LLC, 7360 South Kyrene Road T316, Tempe, AZ 85283-4638 |
| 14135199 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 24 2020 03:11:19 | GreenTree Servicing LLC, 7360 South Kyrene Road, Tempe, AZ 85283-4583 |
| 14135197 | | Email/Text: BKMail@tiaabank.com | | |
| | | | Dec 24 2020 03:47:00 | EverBank, 301 West Bay Street, Jacksonville, FL 32202 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ditech Financial LLC |
| cr | | Ditech Financial LLC et. al. |
| crcm | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14157624 | ##+ | Porania LLC, P. O. Box 11405, Memphis TN 38111-0405 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 25, 2020        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@rascrane.com |
| James A. Prostko | on behalf of Creditor Ditech Financial LLC et. al. pawb@fedphe.com |
| James A. Prostko | on behalf of Creditor Ditech Financial LLC pawb@fedphe.com |
| Jeffrey S. Dunn | jefdun@gmail.com |
| Joseph A. Dessoye | on behalf of Creditor Ditech Financial LLC et. al. pawb@fedphe.com |
| Joshua I. Goldman | on behalf of Creditor Ditech Financial LLC jgoldman@kmllawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Keri P. Ebeck | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |

District/off: 0315-1                          User: dpas                                      Page 3 of 3
Date Rcvd: Dec 23, 2020                   Form ID: pdf900                              Total Noticed: 31

Michael S. Jan Janin
 on behalf of Debtor Jeffrey Martin Feldmiller mjanjanin@quinnfirm.com
 mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com

Michael S. Jan Janin
 on behalf of Joint Debtor Sandra Lee Feldmiller mjanjanin@quinnfirm.com
 mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

TOTAL: 12