**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JEFFREY MARTIN FELDMILLER and<br>SANDRA LEE FELDMILLER<br><br>Debtors.<br><br>RONDA J. WINNECOUR, CHAPTER 13<br>TRUSTEE           Movant<br><br>    v.<br><br>NEWREZ, LLC D/B/A SHELLPOINT<br>MORTGAGE SERVICING,<br><br>Respondent | Lead Bankr. Case No. 15-11089-TPA<br><br>Chapter 13 |

**SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING
STIPULATION REGARDING ORDER TO SHOW CAUSE**

The undersigned hereby certifies that agreement has been reached with the respondent(s) regarding the [Application/Motion] filed on December 14, 2020 (State "None" if no prior Motion of Application).

The signature requirements of ECF Procedure #8 have been followed in obtaining the agreement of all parties and reflected in the attached document.

The undersigned further certifies that:

☐ An agreed order and a black-lined version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to the Certificate of Counsel Deletions are signified by a line in the middle of the original text (strikeout) and additions are signified by text in italics.  It is respectfully requested that the attached order be entered by the Court.

☒ No other order has been filed pertaining to the subject matter of this agreement.

///

///

///

1

☐ The attached document does not require a proposed order

Dated: January 5, 2021          BERNSTEIN – BURKLEY, P.C.

By: /s/ *Keri P. Ebeck*
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
412-456-8112
Fax: (412) 456-8120