Form 300

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jeffrey Martin Feldmiller** | : | Case No. 15–11089–TPA |
| **Sandra Lee Feldmiller** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Ronda Winnecour, Ch 13 Trustee | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 99 |
| v. | : | |
| Newrez, LLC d/b/a Shellpoint Mortgage Servicing | : | Hearing: 2/3/21 at 10:00 AM |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this ***The 6th of January, 2021***, a ***Settlement and Certification of Counsel Regarding Stipulation Regarding Order to Show Cause*** having been filed by Newrez, LLC d/b/a Shellpoint Mortgage Servicing at Doc. No. 99,

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall **IMMEDIATELY** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. *Counsel* for the Moving Party shall then file a ***Certificate of Service***. **Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.**

(2) **On or before January 26, 2021,** any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501 and served on the counsel for the Moving Party.

(3) This ***Motion*** is scheduled for hearing on ***February 3, 2021*** at ***10:00 AM*** in https://www.zoomgov.com/j/16021303488 , at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

(4) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at http://www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(5) A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **IMMEDIATELY**. The Court may authorize parties or counsel of record to participate in the hearing by telephone per Judge Thomas P. Agresti's procedures on his website at http://www.pawb.uscourts.gov/procedures.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: Keri Ebeck, Esq.