# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−1 | User: lmar | Date Created: 1/6/2021 |
| Case: 15−11089−TPA | Form ID: 300 | Total: 1 |

**Recipients of Notice of Electronic Filing:**
aty    Keri P. Ebeck    kebeck@bernsteinlaw.com

TOTAL: 1