IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JEFFREY MARTIN FELDMILLER and SANDRA LEE FELDMILLER,<br><br>    Debtor,<br><br>NEWREZ, LLC D/B/A SHELLPOINT MORTGAGE SERVICING,<br><br>    Movant,<br><br>v.<br><br>JEFFREY MARTIN FELDMILLER,<br>SANDRA LEE FELDMILLER, and<br>RONDA J WINNECOUR, Chapter 13 Trustee<br>    Respondents | Lead Bankr. Case No. 15-11089-TPA<br><br>Chapter 13<br><br>Document No. 99, 100 |

## CERTIFICATE OF SERVICE OF ORDER SCHEDULING DATE FOR A RESPONSE AND HEARING ON SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING ORDER TO SHOW CAUSE

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 7, 2021.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail, electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

SERVICE BY FIRST CLASS MAIL

Jeffrey Martin Feldmiller
Sandra Lee Feldmiller
11755 Carter Road
Albion, PA 16401

Michael S. Jan Janin
Quinn Buseck Leemhuis Toohey & Kroto Inc
2222 West Grandview Boulevard
Erie, PA 16506-4508

| | |
|---|---|
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222 |
| Executed by: January 7, 2020 | Respectfully submitted,<br><br>BERNSTEIN-BURKLEY, P.C.<br><br>By: /s/*Keri P. Ebeck*<br>Keri P. Ebeck, Esq.<br>PA I.D. # 91298<br>kebeck@bernsteinlaw.com<br>707 Grant Street<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219<br>Phone - (412) 456-8112<br>Fax - (412) 456-8135<br><br>*Counsel for NewRez, LLC d/b/a Shellpoint Mortgage Servicing* |