IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 15-11089TPA |
| | : | |
| JEFFREY MARTIN FELDMILLER AND | : | HON. THOMAS P. AGRESTI |
| SANDRA LEE FELDMILLER, HIS WIFE, | : | |
|    Debtors | : | CHAPTER 13 |
| | : | |
| RONDA J. WINNECOUR, ESQUIRE, | : | RELATED TO DOCUMENT NO. 99 |
| CHAPTER 13 TRUSTEE, | : | |
|    Movant, | : | DATE AND TIME OF HEARING: |
| | : | FEBRUARY 3, 2021 AT 10:00 A.M. |
|      v. | : | |
| | : | RESPONSES DUE: |
| NEWREZ, LLC D/B/A SHELLPOINT | : | JANUARY 26, 2021 |
| MORTGAGE SERVICE, INC, | | |
|    Respondent. | | |

**DEBTORS' CONSENT TO SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING STIPULATION REGARDING ORDER TO SHOW CAUSE**

AND NOW, comes the Debtors, Jeffrey Martin Feldmiller and Sandra Lee Feldmiller, his wife, (hereinafter "Debtors") by and through their attorneys, Quinn, Buseck, Leemhuis, Toohey, & Kroto, and consent to the Settlement and Certification of Counsel regarding Stipulation regarding Order to Show Cause.

                                       Respectfully submitted,

                                       QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:   /s/Michael S. JanJanin
        Michael S. Jan Janin, Esquire
        PA Id. No. 38880
        2222 West Grandview Boulevard
        Erie, Pennsylvania 16506-4508
        Telephone: 814-833-2222, Extension 1045
        Direct Dial: 814-314-1051
        Facsimile: 814-833-6753
        E-Mail: mjanjanin@quinnfirm.com
        Counsel for Debtors, Jeffrey Martin
        Feldmiller and Sandra Lee Feldmiller

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 15-11089TPA |
| | : | |
| JEFFREY MARTIN FELDMILLER AND | : | |
| SANDRA LEE FELDMILLER, HIS WIFE, | : | HON. THOMAS P. AGRESTI |
|    Debtors | : | |
| | : | |
| RONDA J. WINNECOUR, ESQUIRE, | : | CHAPTER 13 |
| CHAPTER 13 TRUSTEE, | : | |
|    Movant, | : | RELATED TO DOCUMENT NO. 99 |
| | : | |
|    v. | : | DATE AND TIME OF HEARING: |
| | : | FEBRUARY 3, 2021 AT 10:00 A.M. |
| NEWREZ, LLC D/B/A SHELLPOINT | : | |
| MORTGAGE SERVICE, INC, | | RESPONSES DUE: |
|    Respondent. | | JANUARY 26, 2021 |

**CERTIFICATE OF SERVICE OF DEBTORS' CONSENT TO SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING STIPULATION REGARDING ORDER TO SHOW CAUSE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 7, 2021.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: ___See attached_____.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:  January 7, 2021

                                            Respectfully submitted,

                                            QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                                            BY:    /s/Michael S. JanJanin_____
                                                     Michael S. Jan Janin, Esquire
                                                     PA Id. No. 38880
                                                     2222 West Grandview Boulevard
                                                     Erie, Pennsylvania  16506-4508
                                                     Telephone: 814-833-2222, Extension 1045
                                                     Direct Dial: 814-314-1051
                                                     Facsimile: 814-833-6753
                                                     E-Mail: mjanjanin@quinnfirm.com
                                                     Counsel for Debtors, Jeffrey Martin Feldmiller
                                                     and Sandra Lee Feldmiller

1415096

SERVED ELECTRONICALLY:

Ronda J. Winnecour, Esquire
Suite 3250
USX Tower
600 Grant Street
Pittsburgh, PA 15219
Chapter 13 Trustee

Keri P. Ebeck, Esquire
Bernstein – Burkley, P.C.
717 Grant Street
Suite 2200
Pittsburgh, PA 15219
**Email: kebeck@bernsteinlaw.com**

1415096