FILED
1/29/21 12:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JEFFREY MARTIN FELDMILLER and<br>SANDRA LEE FELDMILLER<br><br>Debtors.<br><br>RONDA J. WINNECOUR, CHAPTER 13<br>TRUSTEE    Movant<br><br>v.<br><br>NEWREZ, LLC D/B/A SHELLPOINT<br>MORTGAGE SERVICING,<br><br>Respondent | Lead Bankr. Case No. 15-11089-TPA<br><br>Chapter 13 |

## ORDER OF COURT

AND NOW, this 29th day of January, 2021, upon consideration of the foregoing Motion to Excuse Witness, it is hereby ORDERED that:

Jack Navarro is excused from attendance at the February 3, 2021 hearing. It is further ORDERED AND DECREED that both Traci Luckhaupt and Madeline Polskin of New Rez, LLC d/b/a Shellpoint Mortgage Servicing shall appear at the February 3, 2021 Order to Show Cause hearing.

BY THE COURT:

_____
Honorable Thomas P. Agresti
U.S. Bankruptcy Court Judge