FILED
1/29/21 12:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JEFFREY MARTIN FELDMILLER and<br>SANDRA LEE FELDMILLER<br><br>Debtors.<br><br>RONDA J. WINNECOUR, CHAPTER 13<br>TRUSTEE    Movant<br><br>v.<br><br>NEWREZ, LLC D/B/A SHELLPOINT<br>MORTGAGE SERVICING,<br><br>Respondent | Lead Bankr. Case No. 15-11089-TPA<br><br>Chapter 13 |

## ORDER OF COURT

AND NOW, this 29th day of January, 2021, upon consideration of the foregoing Motion to Excuse Witness, it is hereby ORDERED that:

Jack Navarro is ~~executed~~ excused from attendance at the February 3, 2021 hearing. It is further ORDERED AND DECREED that both Traci Luckhaupt and Madeline Polskin of New Rez, LLC d/b/a Shellpoint Mortgage Servicing shall appear at the February 3, 2021 Order to Show Cause hearing.

BY THE COURT:

Honorable Thomas P. Agresti
U.S. Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-11089-TPA |
| Jeffrey Martin Feldmiller | Chapter 13 |
| Sandra Lee Feldmiller | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: dpas | Page 1 of 2 |
| Date Rcvd: Jan 29, 2021 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey Martin Feldmiller, Sandra Lee Feldmiller, 11755 Carter Road, Albion, PA 16401-9525 |
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | + | New Residential Mortgage LLC, RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 9013, Addison, TX 75001-9013 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2021            Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | |
| | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |
| James A. Prostko | |
| | on behalf of Creditor Ditech Financial LLC et. al. pawb@fedphe.com |
| James A. Prostko | |
| | on behalf of Creditor Ditech Financial LLC pawb@fedphe.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: dpas | Page 2 of 2 |
| Date Rcvd: Jan 29, 2021 | Form ID: pdf900 | Total Noticed: 4 |

Jeffrey S. Dunn
    jefdun@gmail.com

Joseph A. Dessoye
    on behalf of Creditor Ditech Financial LLC et. al. pawb@fedphe.com

Joshua I. Goldman
    on behalf of Creditor Ditech Financial LLC jgoldman@kmllawgroup.com
    kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Keri P. Ebeck
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Michael S. Jan Janin
    on behalf of Joint Debtor Sandra Lee Feldmiller mjanjanin@quinnfirm.com
    mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com

Michael S. Jan Janin
    on behalf of Debtor Jeffrey Martin Feldmiller mjanjanin@quinnfirm.com
    mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 12