## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/4/21 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 15-11089-TPA |
| | : | | |
| Jeffrey Martin Feldmiller | : | Chapter: | 13 |
| Sandra Lee Feldmiller | : | | |
| Debtor(s). | : | | |
| | : | Date: | 2/3/2021 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**    #89 OTSC against NewRez d/b/a Shellpoint Mtg
(Mukta Suri, Authorized Representative and a representative of
NewRez d/b/a Shellpoint Mtg to personally appear)

# 99 Certification of Counsel Regarding Stipulation Regarding OTSC
#103 Resp by NewRez

**APPEARANCES:**

Debtor:    Michael S. Jan Janin
Trustee:    Ronda Winnecour
New Rez:    Keri Ebeck, 10:27
            Madeline Polskin (Dir of Bankruptcy for Shellpoint), Tracy Luckhaupt (VP
            at Shellpoint).
Shellpoint:  Paul Cervenka, Hillary Bonial (Managing Dir. Bonial Firm) Mukta Suri, Esq.,
            Brian Nicolas, Esq. (Local Counsel)

**NOTES:**

Judge:    (10:27)

Suri:    As part of my duties I perform claim analysis and file notices.   This was an oversight
and we have instituted a new procedures. I am licensed in Texas, we hired local counsel.

Nicolas:    The prior hearing was not scheduled in our system.

Ebeck:    I don't believe filing notices is unauthorized practice of law.

JanJanin:    We agree with Consent.

Winnecour:    Agree with Consent.

**OUTCOME:**    OTSC is Vacated.  Stipulation is Granted Order to be entered

ljm