FILED
2/4/21 3:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JEFFREY MARTIN FELDMILLER and<br>SANDRA LEE FELDMILLER<br><br>Debtors.<br><br>RONDA J. WINNECOUR, CHAPTER 13<br>TRUSTEE          Movant<br><br>v.<br><br>NEWREZ, LLC D/B/A SHELLPOINT<br>MORTGAGE SERVICING,<br><br>Respondent | Lead Bankr. Case No. 15-11089-TPA<br><br>Chapter 13<br><br>Rel to Doc 99<br><br>SO ORDERED and the Order to Show<br>Cause at Doc No. 89 is hereby<br>VACATED.    February 4, 2021 |

*ljm*

## STIPULATION REGARDING ORDER TO SHOW CAUSE

It is stipulated by and between the Debtors, Jeffrey Martin Feldmiller and Sandra Lee

Feldmiller (hereinafter "Debtors"), by and through their counsel, Michael Jan Janin, Esquire,

Ronda J. Winnecour, Esquire, Chapter 13 Trustee ("Trustee") and Respondent, NewRez, LLC

d/b/a Shellpoint Mortgage Servicing (hereinafter "NewRez"), by and its counsel, Keri P.

Ebeck, Esquire together file this Stipulation Regarding Order to Show Cause and state as

follows:

1.  The Trustee filed her Notice of Final Cure on October 12, 2020 at Doc. No. 74.

2.  NewRez filed its Response to the Notice of Final Cure on October 27, 2020 at

    Doc. No. 77 disagreeing with the post-petition status.

3.  Trustee filed her Motion to Determine of Final Cure on October 29, 2020 at Doc.

    No. 78.

4.  A Status Conference was scheduled for December 9, 2020 before this Honorable

    Court.

5. For failure to appear at the status conference, along with the other pending matters, an Order to Show Cause was issued against NewRez on December 14, 2020 at Doc. No. 89.

6. On December 15, 2020, this Honorable Court issued an Order granting Trustee's Motion for Determination of Final Cure at Doc No. 90, deeming the mortgage current through October 2020.

7. The parties have conferred and have reached an agreement as set forth below terms:

   a. Within fourteen (14) days of approval of this Stipulation, NewRez shall pay $500 for legal fees and costs accrued by the Debtors in defending this matter to the Quinn Law Firm and $500 to the Debtors, Jeffrey Martin Feldmiller and Sandra Lee Feldmiller for a total of $1000.00.

   b. The checks shall be made payable to "Quinn Law Firm"  and "Jeffrey Martin Feldmiller and Sandra Lee Feldmiller" respectively and sent directly to Michael Jan Janin, Esquire at 2222 West Grandview Blvd, Erie, PA 16506

   c. In accordance with the Court's Order at Doc. No. 90, NewRez shall bring the mortgage loan of the Debtors for the property of 11755 Carter Road, Albion, PA 16401 ("Mortgage") current through October 2020 and apply any payments received from October 2020 to the loan as contractual due.

   d. NewRez shall provide a payment history to Debtors and their counsel as well as the Trustee via mail and email to provide an updated accounting and corrected payment history within fourteen (14) days of this Stipulation being approved.

    e. NewRez shall correct any credit reporting with all three (3) credit reporting agencies regarding activity from June 2020 through December 2020 in accordance with Stipulation.

8. This Stipulation shall not be construed as any admission on behalf of NewRez of any alleged violation of the discharge injunction, contempt of court and/or RESPA.

9. NewRez understands that this may not resolve the pending Order to Show Cause issued by the Court, therefore, NewRez will be filing a separate response to the Order to Show Cause directly providing information and responding to all of the Court's concerns raised. NewRez also understands that a hearing may still be required after such.

10. This Stipulation may only be modified by a revised Stipulation filed on the docket. No oral modifications are permitted and any allegation that the Stipulation was modified orally will be disregarded as evidence.  No written modifications are permitted, except for a revised Stipulation filed on the docket;

11. The Parties respectfully request that this Honorable Court enter an order granting the Stipulation.

**Stipulated and Agreed by:**

BERNSTEIN-BURKLEY, P.C.

By: */s/ Keri P. Ebeck*
Keri P., Ebeck, PA ID No. 91298
kebeck@bernsteinlaw.com
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
T: (412) 456-8100
F: (412) 456-8135

*Attorney for Respondent NewRez, LLC d/b/a Shellpoint Mortgage Servicing*

**Stipulated and Agreed by:**

By: */s/ Michael Jan Janin*
Michael Jan Janin, Esquire
PA Attorney ID No. 38880
2222 West Grandview Blvd.
Erie, PA 16506
T: (814) 806-2518
F: (814) 833-6753
MJanJanin@quinnfirm.com

*Attorney for Debtors*

**Stipulated and Agreed by:**

By: */s/ Ronda J. Winnecour*
Ronda J. Winnecour, Esquire
Office of the Chapter 13 Trustee
PA Attorney ID No. 30399
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
T: (412) 471-5566
rwinnecour@chapter13trusteewdpa.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 15-11089-TPA

Jeffrey Martin Feldmiller                                                           Chapter 13

Sandra Lee Feldmiller
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: dpas | Page 1 of 2 |
| Date Rcvd: Feb 04, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2021:**

**Recip ID**       **Recipient Name and Address**
db/jdb        +  Jeffrey Martin Feldmiller, Sandra Lee Feldmiller, 11755 Carter Road, Albion, PA 16401-9525

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2021                Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING cwohlrab@raslg.com |
| James A. Prostko | on behalf of Creditor Ditech Financial LLC et. al. pawb@fedphe.com |
| James A. Prostko | on behalf of Creditor Ditech Financial LLC pawb@fedphe.com |
| Jeffrey S. Dunn | jefdun@gmail.com |
| Joseph A. Dessoye | |

on behalf of Creditor Ditech Financial LLC et. al. pawb@fedphe.com

Joshua I. Goldman
on behalf of Creditor Ditech Financial LLC jgoldman@kmllawgroup.com
kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Keri P. Ebeck
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Michael S. Jan Janin
on behalf of Joint Debtor Sandra Lee Feldmiller mjanjanin@quinnfirm.com
mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quin
nfirm.com

Michael S. Jan Janin
on behalf of Debtor Jeffrey Martin Feldmiller mjanjanin@quinnfirm.com
mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quin
nfirm.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


TOTAL: 12